THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against NICHOLAS MYSHOLOWSKY, Appellant.

Submitted April 19, 1948; decided April 23, 1948.

*Nicholas Mysholowsky,* in person, for motion.
No one opposed.

Motion denied on the ground that no appeal may be taken to this court from the order of the Appellate Division.